IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLINE BANDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:10-CV-635 |
| vs. | § | |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | Jury Demanded |
| Defendant. | § | |

## JOINT SETTLEMENT REPORT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

NOW COME Plaintiff Caroline Bandy ("Plaintiff" or "Bandy") and Defendant Bank of America, N.A. ("Defendant" or "Bank of America") (hereinafter collectively referred to as the "Parties"), and submit the following Joint Settlement Report pursuant to the Court's July 7, 2010 Order.

On July 15, 2010, Plaintiff provided Defendant a written settlement demand. On August 17, 2010, Defendant provided Plaintiff a response and counter-offer to Plaintiff's written settlement demand. Despite these efforts, the Parties were unable to resolve this matter. The Parties proceeded with discovery and intend to mediate this matter. In the interim, the Parties remain open to any possible resolution.

Respectfully submitted,

THE COLES FIRM P.C.
4925 Greenville Ave., Suite 1250
Dallas, Texas 75206
(214) 443-7862 Telephone
(972) 692-7145 Facsimile

By: /s/ Dustin A. Paschal
    Michael E. Coles, Lead Counsel

        State Bar No. 24007025
        Dustin A. Paschal
        State Bar No. 24051160
        Paul W. Simon
        State Bar No. 24060611

**ATTORNEYS FOR PLAINTIFF**
**CAROLINE BANDY**

and

/s/ Brian A. Lambert w/ permission by Dustin A. Paschal
Matthew W. Ray, Lead Counsel
State Bar No. 00788248
Brian A. Lambert
State Bar No. 24041287
JONES DAY
2727 North Harwood St.
Dallas, Texas 75201-1515
(214) 220-3939 (Telephone)
(214) 969-5100 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**BANK OF AMERICA, N.A.**